Vicki L. Smith, OSB No. 854410
smithv@lanepowell.com
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LORRAINE BATES, CHARLES EHRMAN BATES, EILEEN BURK, DAVID YOUNGBLUTH, DOLORES MARIER, THOMAS MARIER, DAVID CASTAGNO AND DARLA CASTAGNO,**<br><br>Plaintiffs,<br><br>On behalf of themselves and all other similarly situated Oregon residents<br><br>v.<br><br>**BANKERS LIFE AND CASUALTY COMPANY,** a Illinois Insurance Company; a subsidiary of **CONSECO LIFE INSURANCE COMPANY OF TEXAS; CDOC, INC.,** a Delaware Corporation; and **CNO FINANCIAL GROUP, INC.,** a Delaware Corporation,<br><br>Defendants. | Case No. 3:13-cv-00580-PK<br><br>APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE* OF ADAM J. KAISER |

Attorney Adam J. Kaiser requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

PAGE 1 -  APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE* OF ADAM J. KAISER

(1) **PERSONAL DATA:**

Name: Kaiser, Adam J.
Firm or Business Affiliation: Winston & Strawn LLP
Mailing Address: 200 Park Avenue
City: New York         State: NY         Zip: 10166-4193
Phone Number: 212.294.4617         Fax Number: 212.294.4700
Business E-mail Address: akaiser@winston.com

(2) **BAR ADMISSIONS INFORMATION:**

   (a)   State bar admission(s), date(s) of admission, and bar ID number(s):

       New York: 9/20/1993, 2571834

       New Jersey: 12/22/1992, 41071992

   (b)   Other federal court admission(s), date(s) of admission, and bar ID number(s):

       New Jersey: 12/22/1992

       Eastern District of Wisconsin: 11/25/1998

       Southern District of New York: 8/7/2001, AK2122

       District of Colorado: 1/22/2002

       Fifth Circuit: 6/29/2006

       Ninth Circuit: 3/8/2011

       Seventh Circuit: 11/10/2011

       Second Circuit: 3/9/2012

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

   (a)   ☒   I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

   (b)   ☐   I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I certify that I have professional liability insurance, or an equivalent financial responsibility, and it will apply and remain in force for the duration of this case.

PAGE 2 - APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE* OF ADAM J. KAISER

(5)  **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

      Defendant Bankers Life and Casualty Company
      Defendant Conseco Life Insurance Company of Texas
      Defendant CDOC, Inc.
      Defendant CNO Financial Group, Inc.

(6)  **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

PAGE 3 -   APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE* OF ADAM J. KAISER

710370.0001/5755469.1

LANE POWELL PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

DATED this 25 day of July, 2013

_____
(Signature of Pro Hac Counsel)

_____Adam J. Kaiser_____
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 26 day of July, 2013

_____
(Signature of Local Counsel)

Name: Vicki L. Smith

Oregon State Bar Number: 854410

Firm or Business Affiliation: Lane Powell PC

Mailing Address: 601 SW Second Avenue, Suite 2100

City: Portland     State: Oregon     Zip: 97204-3158

Phone Number: 503.778.2138     Business E-mail Address: smithv@lanepowell.com

---

| **COURT ACTION** |
|---|

☐  Application approved subject to payment of fees.

☐  Application denied.

DATED this _____ day of _____, 2013

_____
Judge

PAGE 4 -   APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE* OF ADAM J. KAISER

710370.0001/5755469.1

LANE POWELL PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200