**Vicki L. Smith**, OSB No. 854410
smithv@lanepowell.com
**Cozette Tran-Caffee**, OSB No. 125662
trancaffeec@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LORRAINE BATES, CHARLES EHRMAN BATES, EILEEN BURK, DAVID YOUNGBLUTH, DOLORES MARIER, THOMAS MARIER, DAVID CASTAGNO AND DARLA CASTAGNO,**<br><br>                                              Plaintiffs,<br><br>On behalf of themselves and all other similarly situated Oregon residents<br><br>         v.<br><br>**BANKERS LIFE AND CASUALTY COMPANY,** a Illinois Insurance Company; a subsidiary of **CONSECO LIFE INSURANCE COMPANY OF TEXAS; CDOC, INC.,** a Delaware Corporation**;** and **CNO FINANCIAL GROUP, INC.,** a Delaware Corporation**,**<br><br>                                              Defendants. | Case No. 3:13-cv-00580-PK<br><br>APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE* OF MATTHEW L.J.D. DOWELL |

Attorney Matthew L.J.D. Dowell requests special admission *pro hac vice* in the above-captioned case.

PAGE 1 -   APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE* OF MATTHEW
               L.J.D. DOWELL

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

    **(1)    PERSONAL DATA:**

        Name:  Dowell, Matthew L.J.D.
        Firm or Business Affiliation:  Alston & Bird LLP
        Mailing Address:  1201 West Peachtree Street, NW
        City: Atlanta    State: GA    Zip: 30309
        Phone Number:  404.881.7434    Fax Number:  404.881.7777
        Business E-mail Address:  matt.dowell@alston.com

    **(2)    BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
        Georgia, November 20, 2011, Bar No. 236885

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
        11th Circuit (September 2017)
        Northern District of Georgia (March 2012)
        Middle District of Georgia (August 2013)

    **(3)    CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☒    I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐    I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

    **(4)    CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I certify that I have professional liability insurance, or an equivalent financial responsibility, and it will remain in force for the duration of this case.

    **(5)    REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

        Defendant Bankers Life and Casualty Company
        Defendant Conseco Life Insurance Company of Texas
        Defendant CDOC, Inc.
        Defendant CNO Financial Group, Inc.

PAGE 2 -   APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE* OF MATTHEW L.J.D. DOWELL

710370.0001/7273421.1

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

**(6)   CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 19th day of April, 2018

          */s/* Matthew L.J.D. Dowell
*(Signature of Pro Hac Counsel)*

          Matthew L.J.D. Dowell
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 19th day of April, 2018

          */s/* Cozette Tran-Caffee
*(Signature of Local Counsel)*

Name:  Cozette Tran-Caffee

Oregon State Bar Number:  125662

Firm or Business Affiliation:  Lane Powell PC

Mailing Address:  601 SW Second Avenue, Suite 2100

City:  Portland        State:  Oregon        Zip:  97204-3158

Phone Number:  503.778.2100        Business E-mail Address:  trancaffeec@lanepowell.com

---

### COURT ACTION

☐    Application approved subject to payment of fees.

☐    Application denied.

**DATED** this _____ day of _____, 2018

          _____
Judge

PAGE 3 -   APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE* OF MATTHEW L.J.D. DOWELL